In The United State's District Court
Central District of Illinois

Trevor L. Justice,
        Plaintiff

        v.

Zach Bryant,
        Defendant

Case No.:
3:23-cv-03031-CSB

First Amended Renewed Motion
For Recruitment of Voluntary Counsel

Now Comes the Plaintiff, Trevor L. Justice, proceeding pro-se and informa pauperis with this First Amended Renewed Motion For Recruitment of Voluntary Counsel. In support of this request for representation of counsel in this matter, the Plaintiff states the following:

1.) The Plaintiff previously filed a Motion For Recruitment of Voluntary Counsel in this matter which the court denied stating in it's order that the Plaintiff appeared competent of litigating this matter at it's then early stages.

2.) The Plaintiff in his previous motions for counsel attached a letter he sent to numerous attorneys seeking representation, as well as some responses he received, informing Plaintiff they had declined to take his case, thus showing reasonable attempts made at obtaining representation.

3.) The Plaintiff is incarcerated at Graham Correctional Center of the Illinois Department of Corrections and is only permitted one hour, every other week, in the prison law library. This is library policy and the Plaintiff can only request additional time in the law library if he can provide proof of upcoming appearances before a judge. (See Exhibit A)

4.) The Prison is on frequent lockdowns due to staff shortages which further restricts Plaintiff's access to the law library, denying Plaintiff the resources needed to research, prepare, and litigate this case in everyway.

5.) The Plaintiff suffers from severe anxiety, bipolar depression, and PTSD which causes him to become overwhelmed in attempting to navigate this litigation process.
     (Exhibit B shows prescriptions to Trazodone and Buspar to treat this)

6.) The Plaintiff asserts that the restrictions of incarceration makes litigating this matter any further impossible. The Plaintiff is unable to gather the evidence needed to effectively respond to the motions filed by the Defendant.

7.) The Plaintiff has no resources to obtain addresses and contact information for witnesses or those which are needed to obtain access to medical records and supporting testimonies.

8.) The Plaintiff's extent of education is less than a high school level and Plaintiff has zero knowledge, experience, or capability litigating this matter further.

9.) The Plaintiff asserts that this matter involves a claim of inadequate medical care and conditions of confinement which have caused persisting medical conditions. As this matter is complex in nature, it will require expert testimony, which the Plaintiff, proceeding pro se and incarcerated, cannot obtain.

10.) The Plaintiff has been granted leave to proceed informa pauperis, has no income, and is not able to hire private counsel.

## Argument

In requesting recruitment of voluntary counsel, the Plaintiff points to Eagan v Dempsey 983 F.3d 667;

The Court stresses ("that complexity increases and competence decreases as a case proceeds to the advanced stages of litigation") James v Eli 889 F.3d 320, 327 (7th Cir. 2018) "As the case moves beyond the pleading stage, into discovery, and closer to trial, the Plaintiff will face an increasingly complex set of demands" Pruitt 503 F.3d at 663 (Bovner, J. concurring) Walker v Price 900 F.3d 933, 938 (7th Cir. 2018) ("We have emphasized that assistance of counsel becomes increasingly important as litigation enters its later stages.") "Taking depositions, conducting witness examinations, applying the rules of evidence, and making opening statements are beyond the ability of most pro se litigants to successfully carry out" Miller v Campenella 794 F.3d 878, 880 (7th Cir. 2015)

The Court also notes the increased complexity in constitutional claims involving the state of mind of the defendants, such as deliberate indifference. See James 889 F.3d at 327-28; Henderson v Ghosh 755 F.3d 559, 566 (7th Cir. 2014) Merritt v Faulkner 697 F.2d 761, 764 (7th Cir. 1983) Cases involving complex medical issues also pose special issues. Miller 794 F.3d at 880 (7th Cir. 2015) Santiago v. Walls 599 F.3d 749, 761 (7th Cir. 2010)

The Court further emphasizes "that a prisoner who is transferred to a facility where the events underlying his claims did not take place faces additional hurdles." Pennewell v Parish 923 F.3d 486, 491 (7th Cir. 2019) "When that happens it must be addressed by the district court because the Plaintiff may not have access to witnesses, documents, or defendants necessary to make his case." Id. (citing James, 889 F.3d at 327)

The Plaintiff asserts that the circumstances the court addresses in the above cited cases are also relevant in this matter. Therefore, these findings should also apply here in Plaintiff's request for appointment of counsel.

Wherefore the above mentioned, the Plaintiff prayerfully requests that this Honorable Court grant this motion and appoint Plaintiff Representation in this matter.

Respectfully Submitted,

Travor R. Justin

# State of Illinois - Department of Corrections

**Exhibit A**

## Counseling Summary

| | | | |
|---|---|---|---|
| **IDOC #** | K98117 | **Counseling Date** | 08/15/24 13:34:23:787 |
| **Offender Name** | JUSTICE, TREVOR L. | **Type** | Collateral |
| **Current Admit Date** | 12/02/2022 | **Method** | Program |
| **MSR Date** | 09/10/2031 | **Location** | GRA LIBRARY |
| **HSE/GAL/CELL** | 25-D -07 | **Staff** | CHADDERTON, ADAM J., Corrections Law Library Assistant |

To receive extended time to meet court deadlines, send us a document from the court that states when you are supposed to appear before a judge. With that on-file, I can submit 2-hr call passes weekly. Your Notice of Electronic Filing emails will work.

**Print Date  8/15/2024**

Exhibit B

ILLINOIS DEPARTMENT OF CORRECTIONS
**Chronic Clinic Progress Notes**

Justice Trevor                    K98117              Vandalia
Offender Last Name, First Name          ID #              Facility

| Subjective | Plan/Education |
|---|---|

**Subjective**

Date: 7-7-23    Time: 0830    Type of Clinic: ☐ Annual  ☐ Baseline  ☒ Periodic/Semi-Annual

Diagnoses: ☒ Asthma  ☐ General Medicine  ☐ Diabetic  ☐ HTN/Cardiac
☐ Seizure  ☐ Hyperlipidemia  ☐ M.S.
Other ___
Other ___
Other ___

Drug allergies: _NKDA_

Current medications (Specify any non-compliance in notes)
Alvesco 80mcg two 12-30-23
Albuterol 1-2 puffs Q6° 12-30-23
Claritin 10mg/dly 9-22-23
aspirin 75mg tab
buspirone 30mg tab 12-13
Nascort dly 9-22-23
eliquis 5mg tab 3/dy
Trazodone 300mg tab 8/3/23

Medical History: Is medical history unchanged since last clinic? ☐ Yes  ☒ No

Immunization History (check one)

| | | Date | | | | | | Date | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Influenza | ☐ Y | ___ | ☐ N | ☐ Unknown | HPV | ☐ Y | ___ | ☐ N | ☐ Unknown |
| Meningitis | ☐ Y | ___ | ☐ N | ☐ Unknown | Hib | ☐ Y | ___ | ☐ N | ☐ Unknown |
| Hepatitis A | ☐ Y | ___ | ☐ N | ☐ Unknown | Shingles | ☐ Y | ___ | ☐ N | ☐ Unknown |
| Hepatitis B | ☐ Y | ___ | ☐ N | ☐ Unknown | Tetanus | ☐ Y | ___ | ☐ N | ☐ Unknown |
| Pneumococcal | ☐ Y | ___ | ☐ N | ☐ Unknown | Varicella | ☐ Y | ___ | ☐ N | ☐ Unknown |

Subjective complaints: _using albuterol 6 x/day_
Subjective comments: ___

**Objective**

Current Diet (check one): ☒ General  ☐ Special (describe) ___
Urgent Care since last clinic? ☐ Y  ☒ N    # of Episodes: ___
Past Intubations/Hospitalizations/Steroids: _NO_
Other Pertinent Lab Results: ___
Asthma Clinic- PFM- 425  450  425
Baseline Cardiac/ All HTN and Baseline Diabetic if 40 or older- EKG results: ___
Diabetic Clinic- HgA1c: _N/A_    Date of eye exam: ___
Primary Seizure Clinic- Anticonvulsant Levels: _N/A_
Mainly HTN & Gen Med- Anticoagulant Levels: _N/A_
ASCVD Risk Score ___
VS: B/P 121/87  T: 97.5  P: 74 bpm  R: 16  Pulse ox 95%
2nd B/P ___ (5 min apart HTN Baseline Only) Weight 259 lbs  BMI: ___
Objective exams: _W RR no wheezing clear bilat_
Dilated fundoscopic exam date: _N/A_

**Plan/Education**

"X" indicates education provided

**Asthma Clinic:**
Non-compliance risks:
☒ Medication
☒ Smoking & Avoidance of Allergens
☒ Proper Inhaler Use (if no relief, come to HCU)
☐ Other: ___
☒ Pt verbalized understanding

**Cardiac/HTN Clinic:**
Non-compliance risks:
☐ Medication compliance  ☐ Diet
☐ Weight Control  ☐ Exercise
☐ Other: ___
☐ Pt verbalized understanding

**Diabetic Clinic:**
Non-compliance risks:
☐ Diet  ☐ Foot care
☐ Exercise  ☒ Non-compliance risks
☐ Medication side effects
☐ S/S hypo/hyperglycemia
☐ Other: ___
☐ Pt verbalized understanding

**Seizure Clinic:**
Non-compliance risks:
☐ Oral Hygiene
☐ Medication compliance
☐ Other: ___
☐ Pt verbalized understanding

**General Medicine Clinic:**
Education specific to diagnoses:
☐ ___
☐ ___
☐ ___
☐ ___
☐ ___
☐ ___
☐ Pt verbalized understanding

Distribution: Offender's Medical Record        Page 1 of 2

Vandalia 54 (Rev. 7/2020)

In The United States District Court
Central District of Illinois

Trevor L. Justice,
　　　Plaintiff

v.

Zach Bryant,
　　　Defendant

Case No.:
3:23-cv-03031-CSB

## Certificate of Service

I, Trevor L. Justice, hereby certify that on this, the ___ day of _____, 2024, I electronically filed "Plaintiff's Third Motion For Extension of Filing Deadline" and "First Amended Renewed Motion For Recruitment of Voluntary Counsel" with the Clerk of this Court using the cm/ecf system and copies of the same as well as notice of filing, will be delivered to the parties listed below via e-mail.

Kyle Moore
Kmoore@ifmklaw.com
docket@ifmklaw.com

By: Trevor L. Justice



UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
prisoner.esl@ilsd.uscourts.gov

ELECTRONIC FILING COVER SHEET

Please complete this form and include it when submitting any type of document, letter, pleading, etc. to the U.S. District Court for the _Central_ District of Illinois for review and filing.

__Trevor Justice__                          __K98117__
Name                                        ID Number

Please answer questions as thoroughly as possible and circle yes or no where indicated.

1.  Is this a new civil rights complaint or habeas corpus petition?        Yes or (No)

    If this is a habeas case, please circle the related statute:   28 U.S.C. 2241 or 28 U.S.C. 2254

2.  Is this an Amended Complaint or an Amended Habeas Petition?        Yes or (No)

        If yes, please list case number: _____

        If yes, but you do not know the case number mark here: _____

3.  Should this document be filed in a pending case?        (Yes) or No

    If yes, please list case number: __3:23-cv-03031__

        If yes, but you do not know the case number mark here: __9__

4.  Please list the total number of pages being transmitted: __9__

5.  If multiple documents, please identify each document and the number of pages for each document. For example: Motion to Proceed In Forma Pauperis, 6 pages; Complaint, 28 pages.

    | Name of Document | Number of Pages |
    | --- | --- |
    | First Amended Renewed Motion for Recruitment of Voluntary Counsel | 8 |

Please note that discovery requests and responses are NOT to be filed, and should be forwarded to the attorney(s) of record. Discovery materials sent to the Court will be returned unfiled.